AO 10
Rev. 1/2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brill, Gerrilyn G. | U.S. District Court, N. D. Ga | 07/19/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full Time | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Suite 1837
75 Spring Street, S.W.
Atlanta, Georgia 30335

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Delta Air Lines, Inc. consultant income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brill, Gerrilyn G.** | 07/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Delta Community Credit Union | Husband is Director. Accompanied him on credit union trips. | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Air Lines Stock | B | Dividend | K | T | | | | | |
| 2. Delta Community Credit Union | C | Dividend | N | T | | | | | |
| 3. Morgan Stanley Liquid Asset Fund | C | Dividend | M | T | | | | | |
| 4. Delta Family Care Savinsg Plan (see next line) | | | | | | | | | |
| 5. - -Fidelity Ins. Contracts/stable value | D | Interest | N | T | | | | | |
| 6. Associated Credit Union | C | Dividend | M | T | | | | | |
| 7. Wachovia Bank | C | Interest | O | T | | | | | |
| 8. The Vanguard Group (see below) | | | | | | | | | |
| 9. --Tax Exempt Money Market Fund | A | Dividend | N | T | Sold (part) | 05/17/12 | J | A | |
| 10. --Prime Money Market | A | Dividend | M | T | Buy (add'l) | 08/10/12 | M | | |
| 11. | | | | | Sold (part) | 08/23/12 | K | A | |
| 12. | | | | | Sold (part) | 08/30/12 | J | A | |
| 13. | | | | | Sold (part) | 10/10/12 | J | A | |
| 14. | | | | | Sold (part) | 10/19/12 | J | A | |
| 15. | | | | | Sold (part) | 10/22/12 | J | A | |
| 16. | | | | | Sold (part) | 10/23/12 | J | A | |
| 17. | | | | | Sold (part) | 11/05/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/07/12 | J | A | |
| 19.  --Windsor II Fund | B | Dividend | M | T | | | | | |
| 20.  --Wellington Fund | B | Dividend | L | T | | | | | |
| 21.  --Total Stock Mkt Idx Adm | D | Dividend | O | T | Buy (add'l) | 04/10/12 | J | | |
| 22. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 23. | | | | | Buy (add'l) | 08/23/12 | K | | |
| 24. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 25. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 26. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 27. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 28. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 29. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 30.  --Total Int'l Stock Index Fund | B | Dividend | L | T | | | | | |
| 31.  --Short-Term Bond Index Adm | D | Dividend | N | T | Sold (part) | 04/10/12 | J | A | |
| 32.  --MidCap Index Fund | B | Dividend | M | T | | | | | |
| 33.  --Large-Cap Index Fund | A | Dividend | J | T | | | | | |
| 34.  --Inter-Term Tax-Exempt Adm | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Inter-Term Bond Index Adm | D | Dividend | N | T | | | | | |
| 36. --Global Equity Fund | C | Dividend | M | T | Buy (add'l) | 09/22/12 | J | | |
| 37. --500 Index Fund (Prev. was Adm. now Inv. | A | Dividend | J | T | | | | | |
| 38. --Growth Index Fund (GGB IRA) | A | Dividend | J | T | | | | | |
| 39. --U.S. Growth Fund (GGB IRA) | A | Dividend | J | T | | | | | |
| 40. --Morgan Growth Fund ( GGB IRA) | A | Dividend | K | T | | | | | |
| 41. --Strategic Small Cap Equity (GGB IRA) | A | Dividend | J | T | | | | | |
| 42. --Prime Money Market (GGB IRA) | A | Dividend | J | T | | | | | |
| 43. --Prime Money Mkt (WAB IRA) | B | Dividend | L | | | | | | |
| 44. --Windsor II (WAB IRA) | B | Dividend | J | T | | | | | |
| 45. Short term tax exempt investor | A | Dividend | K | T | | | | | |
| 46. SPOUSE TRUSTEE ACCT (1) W/ WELLS FARGO ADVISORS | | | | | | | | | |
| 47. STOCKS AND ETFS | | | | | | | | | |
| 48. American Electic Power Stock | A | Dividend | J | T | | | | | |
| 49. Consolidated Edison Inc Stock | A | Dividend | J | T | | | | | |
| 50. Enterprise Products Partners | A | Dividend | | | Sold | 01/09/12 | K | D | |
| 51. Frontier Communications Corp Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Motors Co. | A | Dividend | J | T | | | | | |
| 53. Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 54. Motors Liquidation Co. | A | Dividend | J | T | | | | | |
| 55. Public Svc Enterprise Group Inc. | A | Dividend | J | T | | | | | |
| 56. Verizon Communications | A | Dividend | J | T | | | | | |
| 57. CORPORATE BONDS | | | | | | | | | |
| 58. General Elec Cap Corp Med. term Notes due 10/19/12 | A | Dividend | | | Redeemed | 01/09/12 | K | A | |
| 59. General Motors Accept Corp. Smartnotes due 5/15/18 | A | Interest | J | T | | | | | |
| 60. General Motors Accept Corp. Smartnotes due 09/15/18 | A | Interest | J | T | | | | | |
| 61. Goldman Sachs Grp Inc Med. term Notes due 6/15/21 | A | Interest | K | T | Buy | 12/11/12 | K | | |
| 62. Nextera Energy Cap Pfd Sub Deb Ser F | A | Interest | | | Sold | 02/10/12 | J | A | |
| 63. Prudential Financial Inc CPN Due 12/15/24 | A | Interest | | | Redeemed | 12/17/12 | J | A | |
| 64. GOV'T ASSET BACKED/CMO SECURITIES | | | | | | | | | |
| 65. FNMA PTP CPN Due 8/1/28 | A | Int./Div. | J | T | | | | | |
| 66. GNMA PTP CPN Due 12/15/28 | A | Int./Div. | J | T | | | | | |
| 67. FNMA PTP CPN Due 9/1/32 | A | Int./Div. | J | T | | | | | |
| 68. MUNICIPAL BONDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St. NYC Bond cpn due 6/15/22 | A | Interest | K | T | | | | | |
| 70. Port Authority NY & NJ Bond cpn due 7/15/23 | A | Interest | K | T | | | | | |
| 71. West Irondequoit NY Cent Sch Dist cpn due 6/15/22 | A | Interest | | | Redeemed | 06/15/12 | K | A | |
| 72. MUTUAL FUNDS | | | | | | | | | |
| 73. Blackrock Global Allocation Fund, Inc Class C | A | Dividend | K | T | | | | | |
| 74. Cohen & Steers Pfd Secs & Ubcine FD Ubc Class C | A | Dividend | K | T | | | | | |
| 75. JP Morgan Income Builder FD CL C JNBCX | A | Int./Div. | K | T | | | | | |
| 76. Loomis Sayles FDS II Strategic Income FD | B | Int./Div. | K | T | | | | | |
| 77. PREFERREDS/FIXED RATE CAP SECURITIES | | | | | | | | | |
| 78. Vornado Rlty PFD | A | Interest | J | T | | | | | |
| 79. CERTIFICATE OF DEPOSIT | | | | | | | | | |
| 80. Sallie Mae Bk CD Cpn due 5/21/12 | A | Interest | | | Redeemed | 05/21/12 | K | A | |
| 81. SPOUSE TRUSTEE Act (2) FOR PARENT WELLS FARGO | | | | | | | | | |
| 82. STOCKS AND ETFS | | | | | | | | | |
| 83. A T & T | B | Dividend | K | T | | | | | |
| 84. Buckeye Partners LP | A | Dividend | J | T | | | | | |
| 85. Consolidated Edison Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Duke Energy Corp. | B | Dividend | K | T | | | | | |
| 87. Enterprise Products Partners | B | Dividend | K | T | | | | | |
| 88. Ishares Dow Jones EPAC Select Dividend Index Fund | B | Dividend | K | T | Buy | 09/24/12 | K | | |
| 89. Kinder Morgan Inc Del KMI | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 90. CORPORATE BONDS | | | | | | | | | |
| 91. Bank of America Corp Subordinate Internotes due 8/15/15 | A | Dividend | | | Redeemed | 08/15/12 | K | A | |
| 92. General Elec Cap Corp Senior Internotes due 4/15/18 | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 93. Goldman Sachs Group Notes Due 8/15/20 | A | Dividend | K | T | Buy | 9/24/12 | K | | |
| 94. General Elec Cap Corp Med. term internotes due 11/15/20 | A | Dividend | K | T | Buy | 09/24/12 | K | | |
| 95. JP Morgan Chase notes due 5/10/21 | A | Dividend | K | T | Buy | 09/24/12 | K | | |
| 96. General Elec Cap Corp sr unsecured internotes due 1/15/22 | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 97. MUNICIPAL BONDS | | | | | | | | | |
| 98. Long Island Pwr Auth NY Elec Sys due 12/1/16 | B | Interest | K | T | | | | | |
| 99. Triborough Brdge & Tunl Auth NY due 11/15/19 | A | Interest | K | T | | | | | |
| 100. New York NY G/O Unltd B/E OID due 12/1/20 | A | Interest | K | T | Buy | 09/24/12 | K | | |
| 101. New York NY Subser D-1 G/O Unltd B/E OID due 12/1/20 | A | Interest | J | T | Buy | 09/24/12 | J | | |
| 102. CERTIFICATES OF DEPOSIT | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Capmark Bank CD due 8/20/13 | A | Interest | L | T | | | | | |
| 104. GE Capital Finl Inc CD Due 4/30/14 | A | Interest | K | T | | | | | |
| 105. GE Capital Retail Bk CD Due 9/30/19 | A | Interest | K | T | Buy | 09/24/12 | J | | |
| 106. MUTUAL FUNDS | | | | | | | | | |
| 107. Cohen & Steers PFD Secs & Income Fd Inc Class C | A | Int./Div. | K | T | Buy | 09/24/12 | K | | |
| 108. JP Morgan Income Builder FD CL C | A | Int./Div. | K | T | Buy | 09/24/12 | K | | |
| 109. Oppenheimer Global Strategic Income Fd Cl C | A | Int./Div. | K | T | | | | | |
| 110. Templeton Global Bond Fund | A | Int./Div. | K | T | Buy | 09/24/12 | K | | |
| 111. PREFERREDS/FIXED RATE CAP SECS SECURITIES | | | | | | | | | |
| 112. JP Morgan Chase non-cum perpetual mat | B | Int./Div. | K | T | | | | | |
| 113. SL Green Realty PFD Corp-Preferred-Perp/ cum series | A | Int./Div. | K | T | Buy | 09/24/12 | K | | |
| 114. SL Green Realty PFD Corp-Preferred-Perp/ cum series | A | Int./Div. | J | T | Buy | 10/16/12 | J | | |
| 115. Taubman Centers 6.5% pfd series J perpetual/cum | A | Int./Div. | K | T | Buy | 09/24/12 | K | | |
| 116. Wells Fargo 8% PFD callable series J | B | Int./Div. | K | T | | | | | |
| 117. Centerpoint Energy Inc. | A | Int./Div. | | | Sold | 04/04/12 | K | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 07/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts listed on lines 46-118 should have been listed on previous reports but were not listed because I did not know that my husband was a trustee on his parents' accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerrilyn G. Brill**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544